$Q^n$ 6. Was the whole Transaction of taking out said Paper from the Office done in One Day?

*Ans$^r$* Yes in one Morning

*Q.* 7. Did you not on your passage to this Port write Nothing on $s^d$ Paper nor erase any part thereof

*Ans.* I neither wrote any Thing on it nor erased any part

$P^{re}$ Simon

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS   At a Court of Vice Admiralty held at Newport in the Colony afores$^d$ on Tuesday the 7th Day of Sep$^r$ A: D 1742.

### JOSEPH FLOWER VS SLOOP *L'Amiable De Cap*

Before Sam$^l$ Pemberton D Judge

The Court being Opened Samuel Wickham Esq$^r$ was Sworn Interpreter in this Case and then Peter Simon late Master of the $s^d$ Sloop entered his Claim as on file and made Oath to it Whereupon the Attornies for the Captors insisted upon Security to be given According to Act for Double Costs, the said Peter Simon not being ready to give Security the Court is adjourned until Thursday the 9th instant at 9 a Clock A. M

### JOSEPH POWER VS SLOOP *L'Amiable De Cap* ETC.

Sep$^r$ 9th 1742.

The Court being Opened according to adjournment the Libel and Cap$^t$ Peter Simons Claim read, Cap$^t$ Henry Bull comes into Court in the presence of the Judge Enacts and binds himself to Pay to Cap$^t$ Joseph Power etc. Double Costs Pursuant to Act in Case the $s^d$ Sloop L'Amiable De Cap etc. be Adjudged lawful Prize

Henry Bull

Whereupon the preparitory Exam$^{ns}$ were produced in Court and read Viz Cap$^t$ Powers Commission was also produced in Court with other papers — M$^r$ Overin entered his Plea and then John Farreine Andrew Fargison and Cap$^t$ Philip Wilkinson Were sworn and after several other Pleas by the Attornies on both sides the Court is adjourned to 3 a Clock P: M

### JOSEPH POWER VS SLOOP *L'Amiable de Cap* ETC

9th S$^{ter}$

The Court being opened According to Adjournm$^t$ Cap$^t$ Samuel Wickham and Cap$^t$ James Collins were Sworn and after several Pleas by the Attornies on both sides the Court is Adjourned until the 13th Inst$^t$ at 3 a Clock P: M